# United States Court of Appeals

## For the First Circuit

No. 10-2193

MARK FRAPPIER,

Plaintiff, Appellant,

v.

COUNTRYWIDE HOME LOANS, INC.,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on July 7, 2011, should be amended as follows.

On page 11, line 2 of page, replace "eighteenth" with "eighteen".